ANNA C. SIEGAL, Appellant, v. CONSTANTINE E. FAIPPEAS, Trustee in Bankruptcy for LAURA ELIOTT, and MARY E. VAN DIKE, Respondents, Impleaded with LAURA ELIOTT and Another, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

FREDERIC STORM, Appellant, v. D. LACY DAYTON, Respondent.— Judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

AMALGAMATED PROPERTIES, INC., Respondent, Appellant, v. OAKWOOD GARDENS, INC., and Others, Appellants, Respondents, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

CHARLES A. BRIGGS, Respondent, v. PENINGO LAND COMPANY and CARRIE L. H. BRIGGS, Wife of Plaintiff, Respondents; NICOLA RICCIO and ISABELLE RICCIO, His Wife, Sued Herein as " MARY " RICCIO, Respondents, Appellants; THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Motion by the defendant People of the State of New York for reargument denied, and the motion for leave to appeal to the Court of Appeals granted. Motion of defendants Riccio for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ. [See 238 App. Div. 94.]

CITY MASONS SUPPLY CO., INC., Appellant, v. ZINBAR REALTY CO., INC., and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondents, and Others, Defendants.— Motion for reargument granted and case ordered to be placed at the foot of the May term calendar. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ. [See 238 App. Div. 861.]

ROBERT DESHEFY, Respondent, v. E. DE C. CHISHOLM, EDWIN N. CHAPMAN and Others, Copartners, Doing Business under the Firm Name and Style of CHISHOLM & CHAPMAN, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, v. FAIRDEAL HOLDING CORPORATION, Appellant, and Others, Defendants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Stay granted to the extent of restraining the receiver from disposing of moneys in his hands until the further order of the court. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ. [See 238 App. Div. 850.]

In the Matter of Acquiring Title by THE CITY OF NEW YORK, Appellant, to Certain Lands and Premises Situate on the Southerly Side of Neptune Avenue, etc., in the Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes According to Law. AGELOFF REALTY CO., INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.